IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUDREY G.,                                              No. 3:23-cv-00298-HL

              Plaintiff,                               ORDER

      v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

              Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Hallman issued a Findings and Recommendation on April 12, 2024, in which he recommends that this Court affirm the Commissioner's denial of Plaintiff's application for Disability Insurance Benefits. F&R, ECF 15. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 17. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Hallman's Findings and Recommendation [15]. Therefore, the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED: \_\_\_\_May 24, 2024\_\_\_\_.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER